IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVC, Inc. t/a CORBETT & ASSOCIATES d/b/a CORBETT & WILCOX,<br><br>        Plaintiff,<br><br>        v.<br><br>HARTFORD CASUALTY INSURANCE CO.,<br><br>        Defendant. | :<br>:<br>:<br>:<br>:   Civil Action No. 06-549 SLR<br>:<br>:<br>:<br>:<br>: |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

William M. Kelleher, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of James C. Carroll of the law firm of Ballard Spahr Andrews & Ingersoll, LLP, 1735 Market Street, 51st Floor, Philadelphia, Pennsylvania 19103-7599 to represent the Defendant.

Dated: December 13, 2006

BALLARD SPAHR ANDREWS
& INGERSOLL, LLP

/s/ William M. Kelleher
William M. Kelleher, Esquire (No. 3961)
919 Market Street, 12th Floor
Wilmington, DE 19801-3034
Phone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: kelleherw@ballardspahr.com

Counsel for the Defendant

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: December 12, 2006

By: _____
James C. Carroll, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Phone: (215) 864-8634
Facsimile: (215) 864-9506
E-mail: carrollj@ballardspahr.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

BY THE COURT:

Dated: _____   _____
United States District Court Judge

**CERTIFICATE OF SERVICE**

    I, William M. Kelleher, hereby certify that on this 13th day of December, I have served a true and correct copy of the foregoing Motion and Order for Admission Pro Hac Vice upon the following counsel via First Class Mail:

John C. Phillips, Jr., Esquire
Brian E. Farnan, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

                /s/ William M. Kelleher
                William M. Kelleher, Esq. (No. 3961)
                Ballard Spahr Andrews & Ingersoll, LLP
                919 North Market Street, 12th Floor
                Wilmington, DE 19801-3034
                Phone: (302) 252-4465
                Facsimile: (302) 252-4466
                E-mail: kelleherw@ballardspahr.com

                Attorney for Defendant