IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVC, Inc. t/a CORBETT & ASSOCIATES n/k/a CORBETT & WILCOX, <br><br> Plaintiff, <br><br> v. <br><br> HARTFORD CASUALTY INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. 06-549-SLR |

**CERTIFICATE OF SERVICE**

I, David A. Bilson, hereby certify that, on December 14, 2006, I served the foregoing Initial Disclosures of Plaintiff via facsimile and first-class U.S. mail, postage prepaid, upon the following:

      William M. Kelleher, Esquire
      Ballard Spahr Andrews & Ingersoll, LLP
      919 N. Market Street, 12th Floor
      Wilmington, DE 19801
      Fax: 302-252-4466
      *Attorney for Defendant*

      John C. Grugan, Esquire
      Ballard Spahr Andrews & Ingersoll, LLP
      51st Floor
      1735 Market Street
      Philadelphia, PA 19103-7599
      Fax: 215-864-9506
      *Attorney for Defendant*

                                          DAVID A. BILSON