IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVC, Inc. t/a CORBETT & ASSOCIATES n/k/a CORBETT & WILCOX,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 06-549-SLR<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

I, John C. Phillips, Jr., hereby certify that on December 14, 2006, a copy of the following document:

1)   Initial Disclosures of Plaintiff, EVC, Inc. t/a Corbett & Associates n/k/a Corbett & Wilcox, Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure

was served via facsimile and first-class U.S. mail, postage prepaid, upon the following:

William M. Kelleher, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Fax: 302-252-4466
*Attorney for Defendant*

John C. Grugan, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
51st Floor
1735 Market Street
Philadelphia, PA 19103-7599
Fax: 215-864-9506
*Attorney for Defendant*

Respectfully submitted,

PHILLIPS GOLDMAN & SPENCE, P.A.

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (#110)
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorneys for Plaintiff

Date: December 15, 2006

## CERTIFICATE OF SERVICE

I, David A. Bilson, hereby certify that on December 15, 2006, a copy of the foregoing Notice of Service was served via facsimile and first-class U.S. mail, postage prepaid, upon the following:

      William M. Kelleher, Esquire
      Ballard Spahr Andrews & Ingersoll, LLP
      919 N. Market Street, 12th Floor
      Wilmington, DE 19801
      Fax: 302-252-4466
      *Attorney for Defendant*

      John C. Grugan, Esquire
      Ballard Spahr Andrews & Ingersoll, LLP
      51st Floor
      1735 Market Street
      Philadelphia, PA 19103-7599
      Fax: 215-864-9506
      *Attorney for Defendant*

 

_____
DAVID A. BILSON