IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EVC, Inc. t/a CORBETT & ASSOCIATES n/k/a CORBETT & WILCOX, | : : : : | |
| Plaintiff, | : : | |
| v. | : : : | Civil Action No. 06-549-SLR |
| HARTFORD CASUALTY INSURANCE COMPANY, | : : : | |
| Defendant. | : : | |

## JOINT DISCOVERY PLAN

Pursuant to the Court's November 30, 2006 Order for Scheduling Conference, Plaintiff, EVC, Inc. t/a Corbett & Associates n/k/a Corbett & Wilcox, and Defendant, Hartford Casualty Insurance Company, by their undersigned counsel, hereby submit this Joint Discovery Plan and propose the following:

    1. Discovery will be needed on the following subjects:

For Plaintiff: (i) The bases for Defendant's denial of Plaintiff's claims for a defense and indemnity under the subject insurance policy; (ii) Defendant's policies, procedures, and practices for underwriting, issuing, and/or subscribing insurance policies and for investigating, reviewing, assessing, analyzing, evaluating, handling, and/or processing claims tendered under its insurance policies; and (iii) the nature and scope of the intellectual property rights exclusions contained in Defendant's business liability coverage forms and/or umbrella liability coverage forms.

<u>For Defendant</u>: (i) Information relating to the claims asserted and litigated in the underlying actions; and (ii) the bases for the settlement reached between the parties in the underlying actions.

2. All fact discovery shall be commenced in time to be completed by June 29, 2007. Expert discovery shall commence on or by July 6, 2007 and be completed by October 5, 2007.

3. The maximum number of interrogatories by each party to any other party shall be twenty five (25). Additional interrogatories may be propounded by agreement of the parties or leave of court.

4. The maximum number of requests for admissions by each party to any other party shall be twenty five (25). Additional requests for admissions may be propounded by agreement of the parties or leave of court.

5. The maximum number of depositions of fact witnesses taken by Plaintiff and Defendant shall be eight (8) each. Additional depositions of fact witnesses may be taken by agreement of the parties or leave of court.

6. The parties shall conclude the deposition of a fact witness within seven (7) hours as provided for in Federal Rule of Civil Procedure 30(d)(2). However, each party may depose one (1) fact witness for more than seven (7) hours so long as the deposing party gives reasonable notice of its intent to exceed seven (7) hours and the deposition does not exceed fourteen (14) hours. Any party wishing to depose an expert witness shall give reasonable notice and complete said deposition within seven (7) hours, unless some other time is agreed to by counsel and/or ordered by the Court. With the exception of experts submitting more than one report, each party shall use its best efforts to avoid deposing any person more than once, and no person shall be deposed more than once without consent of the parties or order of the Court.

7. Reports from retained experts under Federal Rule of Civil Procedure 26(a)(2) on issues for which any party bears the burden of proof shall be filed by July 6, 2007. Rebuttal expert reports shall be filed by August 17, 2006.

8. Any discovery dispute shall be submitted to the Court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to two (2) Rule 37 motions.


Respectfully submitted,                                    Respectfully submitted,


_____                            _____
John C. Phillips, Jr. (#110)                               William M. Kelleher (#3961)
Phillips, Goldman, & Spence, P.A.                          Ballard Spahr Andrews & Ingersoll, LLP
1200 N. Broom Street                                       919 N. Market Street, 12th Floor
Wilmington, DE 19806                                       Wilmington, DE 19801
(302) 655-4200                                             (302) 242-4465
Attorney for Plaintiff                                     Attorney for Defendant

Dated: December 15, 2006                                   Dated: December 14, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVC, Inc. t/a CORBETT & ASSOCIATES n/k/a CORBETT & WILCOX,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 06-549-SLR<br>:<br>:<br>:<br>:<br>:<br>: |

### CERTIFICATE OF SERVICE

I, David A. Bilson, hereby certify that, on December 15, 2006, I served the foregoing Joint Discovery Plan via facsimile and first-class U.S. mail, postage prepaid, upon the following:

William M. Kelleher, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Fax: 302-252-4466
*Attorney for Defendant*

John C. Grugan, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
51st Floor
1735 Market Street
Philadelphia, PA 19103-7599
Fax: 215-864-9506
*Attorney for Defendant*

_____
DAVID A. BILSON