IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVC, Inc. t/a CORBETT & ASSOCIATES n/k/a CORBETT & WILCOX,<br><br>        Plaintiff,<br><br>        v.<br><br>HARTFORD CASUALTY INSURANCE CO.,<br><br>        Defendant. | Civil Action No. 06-549 SLR |

**NOTICE OF SERVICE OF INITIAL DISCLOSURES OF
DEFENDANT HARTFORD CASUALTY INSURANCE COMPANY**

I, William M. Kelleher, certify that on December 15, 2006, a copy of Defendant Hartford Casualty Insurance Company's Initial Disclosures was served on John C. Phillips, Jr., Esquire, at 1200 N. Broom Street, Wilmington, DE 19806.

Dated: December 15, 2006        BALLARD SPAHR ANDREWS & INGERSOLL, LLP

/s/ William M. Kelleher
William M. Kelleher (3961)
919 Market Street, 12th Floor
Wilmington, DE 19801
Phone:    (302) 252-4465
Facsimile: (302) 252-4466
E-mail: kelleherw@ballardspahr.com

## CERTIFICATE OF SERVICE

I, William M. Kelleher, certify that on December 15, 2006, I caused a true and correct copy of the foregoing Notice of Service to be served on John C. Phillips, Esquire, via hand-delivery.

BALLARD SPAHR ANDREWS & INGERSOLL, LLP

By:   /s/ William M. Kelleher
William M. Kelleher, Esquire (No. 3961)