# PHILLIPS, GOLDMAN & SPENCE, P. A.

ATTORNEYS AT LAW

JOHN C PHILLIPS JR
STEPHEN W SPENCE
ROBERT S GOLDMAN
LISA C McLAUGHLIN
JAMES P HALL
JOSEPH J FARNAN III
BRIAN E FARNAN
MELISSA E CARGNINO

PENNSYLVANIA AVE AND BROOM ST
1200 N BROOM STREET
WILMINGTON DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 HIGHWAY ONE
DEWEY BEACH DE 19971
(302) 226-4200
(302) 226-1205 (F)

REPLY TO: Wilmington Office

December 19, 2006

**VIA E-FILING & HAND DELIVERY**

The Honorable Sue L. Robinson
U.S. District Court for the
District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:    <u>EVC, Inc. v. Hartford Casualty Insurance Company</u>
               United States District Court for the District of Delaware
               C.A. No. 06-549

Dear Chief Judge Robinson:

      Plaintiff, EVC, Inc. t/a Corbett & Associates, d/b/a Corbett & Wilcox, submits for the Court's consideration the enclosed proposed Scheduling Order, which was prepared jointly by the parties in accordance with Your Honor's comments during yesterday's scheduling conference.

                                            Respectfully,

                                            JOHN C. PHILLIPS, JR.

JCP\tap
Enclosure

      cc:    Clerk of Court (w/enc. via e-filing)
               William M. Kelleher, Esquire (w/enc. via e-filing and facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVC, Inc. t/a CORBETT & ASSOCIATES n/k/a CORBETT & WILCOX, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    Civil Action No. 06-549-SLR |
| HARTFORD CASUALTY INSURANCE COMPANY, | : <br> : <br> : |
| Defendant. | : <br> : |

### SCHEDULING ORDER

At Wilmington this _____ day of _____ 200___, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties have exchanged the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Discovery.**

(a) Discovery will be needed on the following subjects:

<u>For Plaintiff</u>: (i) The bases for Defendant's denial of Plaintiff's claims for a defense and indemnity under the subject insurance policy; (ii) Defendant's policies, procedures, and practices for underwriting, issuing, and/or subscribing insurance policies and for investigating, reviewing, assessing, analyzing, evaluating, handling, and/or processing claims tendered under its insurance policies; and (iii) the nature and scope of the intellectual property

rights exclusions contained in Defendant's business liability coverage forms and/or umbrella liability coverage forms.

<u>For Defendant</u>: (i) Information relating to the claims asserted and litigated in the underlying actions; and (ii) the bases for the settlement reached between the parties in the underlying actions.

(b) All fact discovery shall be commenced in time to be completed by June 29, 2007. Expert discovery shall commence on or by July 6, 2007 and be completed by October 5, 2007.

(c) Maximum of twenty-five (25) interrogatories by each party to any other party.

(d) Maximum of twenty-five (25) requests for admission by each party to any other party.

(e) Maximum number of depositions of fact witnesses taken by each party shall be eight (8) each.

(f) Each deposition limited to a maximum of seven (7) hours unless extended by agreement of parties, although each party may depose one (1) fact witness for more than seven (7) hours so long as the deposing party gives reasonable notice of its intent to exceed seven (7) hours and the deposition does not exceed fourteen (14) hours.

(g) Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by July 6, 2007. Rebuttal expert reports due by August 17, 2007.

(h) **Discovery Disputes**. Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to **two (2)** Rule 37 motions. The court shall make itself available, however, to resolve through a telephone

conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3.    **Joinder of other Parties, Amendment of Pleadings, and Class Certification.** All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before February 1, 2007.

4.    **Settlement Conference.** Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring ADR.

5.    **Summary Judgment Motions.** All summary judgment motions shall be served and filed with an opening brief on or before November 5, 2007. Briefing shall be pursuant to D. Del. LR 7.1.2. No summary judgment motion may be filed more than **ten (10)** days from the above date without leave of the court.

6.    **Applications by Motion.** Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

7.    **Scheduling Conference.** After considering any summary judgment motions filed by the parties, the Court will hold a scheduling conference on _____ 200__ at _____ m. to establish the deadline for filing motions <u>in limine</u> and the dates on which the pretrial conference and trial will be held.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVC, Inc. t/a CORBETT & ASSOCIATES n/k/a CORBETT & WILCOX, <br><br> Plaintiff, <br><br> v. <br><br> HARTFORD CASUALTY INSURANCE COMPANY, <br><br> Defendant. | : <br> : <br> : <br> : <br> : Civil Action No. 06-549-SLR <br> : <br> : <br> : <br> : |

## CERTIFICATE OF SERVICE

I, David A. Bilson, hereby certify that, on December 19, 2006, I served the foregoing proposed Scheduling Order via e-filing and facsimile, upon the following:

> William M. Kelleher, Esquire
> Ballard Spahr Andrews & Ingersoll, LLP
> 919 N. Market Street, 12th Floor
> Wilmington, DE 19801
> Fax: 302-252-4466
> *Attorney for Defendant*

DAVID A. BILSON