IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVC, Inc. t/a CORBETT & ASSOCIATES d/b/a CORBETT & WILCOX,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HARTFORD CASUALTY INSURANCE CO.,<br><br>　　　　　Defendant. | Civil Action No. 06-549 SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 17, 2007, I, William M. Kelleher, caused to be served true and correct copies of (i) Defendant Hartford Casualty Insurance Company's First Set of Requests for the Production of Documents Addressed to Plaintiff, and (ii) Defendant Hartford Casualty Insurance Company's First Set of Interrogatories Addressed to Plaintiff, upon the following counsel of record via hand delivery:

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

Dated: April 18, 2007

/s/ William M. Kelleher
William M. Kelleher (No. 3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: kelleherw@ballardspahr.com

Counsel for the Defendant

OF COUNSEL:

John C. Grugan, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215)665-8500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVC, Inc. t/a CORBETT & ASSOCIATES d/b/a CORBETT & WILCOX,<br><br>    Plaintiff,<br><br>  v.<br><br>HARTFORD CASUALTY INSURANCE CO.,<br><br>    Defendant. | Civil Action No. 06-549 SLR |

## CERTIFICATE OF SERVICE

I, William M. Kelleher, hereby certify that on this 18th day of April, 2007, I have caused a true and correct copy of the foregoing Notice of Service of Defendant Hartford Casualty Insurance Company's First Set of Requests for the Production of Documents Addressed to Plaintiff and Defendant Hartford Casualty Insurance Company's First Set of Interrogatories Addressed to Plaintiff, to be served upon the following counsel via First Class Mail:

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

              /s/ William M. Kelleher
              William M. Kelleher, Esq. (No. 3961)
              Ballard Spahr Andrews & Ingersoll, LLP
              919 North Market Street, 12th Floor
              Wilmington, DE 19801-3034
              Phone: (302) 252-4465
              Facsimile: (302) 252-4466
              E-mail: kelleherw@ballardspahr.com

              Attorney for Defendant