## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

EVC, Inc. t/a CORBETT & ASSOCIATES    :
n/k/a CORBETT & WILCOX,    :
   :
         Plaintiff,    :
   :
       v.    :     Civil Action No. 06-549-SLR
   :
HARTFORD CASUALTY    :
INSURANCE COMPANY,    :
   :
         Defendant.    :
   :

### NOTICE OF SERVICE

TO:     William M. Kelleher, Esquire       John C. Grugan, Esquire
Ballard Spahr Andrews & Ingersoll, LLP   Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 12th Floor        1735 Market Street - 51st Floor
Wilmington, DE 19801                Philadelphia, PA 19103-7599

PLEASE TAKE NOTICE that on May 9, 2007, Plaintiff EVC, Inc. t/a CORBETT &

ASSOCIATES n/k/a CORBETT & WILCOX served on counsel of record a copy of the

following documents:

- **PLAINTIFF'S FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANT, HARTFORD CASUALTY INSURANCE COMPANY**

- **PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT, HARTFORD CASUALTY INSURANCE COMPANY**

PHILLIPS, GOLDMAN & SPENCE, P.A.

Dated: May 9, 2007

John C. Phillips, Jr., Esquire (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200

## CERTIFICATE OF SERVICE

I, John C. Phillips. Jr., hereby certify that, on May 9, 2007, I caused the foregoing

document to be served via hand delivery upon the following:

> William M. Kelleher, Esquire
> Ballard Spahr Andrews & Ingersoll, LLP
> 919 N. Market Street, 12th Floor
> Wilmington, DE 19801
> *Attorney for Defendant*

and to be served via facsimile and first-class U.S. mail, postage prepaid, upon the following:

> John C. Grugan, Esquire
> Ballard Spahr Andrews & Ingersoll, LLP
> 51st Floor
> 1735 Market Street
> Philadelphia, PA 19103-7599
> Fax: 215-864-9506
> *Attorney for Defendant*

_____
JOHN C. PHILLIPS (#110)