THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVC, Inc. t/a CORBETT & ASSOCIATES n/k/a CORBETT & WILCOX,<br><br>    Plaintiff,<br><br>  vi.<br><br>HARTFORD CASUALTY INSURANCE CO.,<br><br>    Defendant. | Civil Action No. 06-549 SLR |

### NOTICE OF SERVICE

TO: William M. Kelleher, Esquire
   Ballard Spahr Andrews & Ingersoll, LLP
   919 N. Market Street, 12th Floor
   Wilmington, DE 19801

PLEASE TAKE NOTICE that on May 17, 2007, plaintiff EVC, Inc. t/a Corbett & Associates n/k/a Corbett & Wilcox served on counsel of record a copy of the following documents:

PLAINTIFF'S RESPONSES TO DEFENDANT HARTFORD CASULATY INSURANCE COMPANY'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS

PLAINTIFF'S ANSWERS TO DEFENDANT HARTFORD CASULATY INSURANCECOMPANY'S FIRST SET OF INTERROGATORIES

                PHILLIPS, GOLDMAN & SPENCE, P.A.

Dated: May 17, 2007

                /s/ John C. Phillips (Bar ID 4089)
                John C. Phillips, Jr., Esquire (#110)
                1200 North Broom Street
                Wilmington, DE 19806
                (302) 655-4200

## CERTIFICATE OF SERVICE

I, John C. Phillips, Jr., hereby certify that on May 17, 2007, a true and correct copy of the foregoing Notice of Service was served upon the following counsel via hand delivery:

William M. Kelleher, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
*Counsel for Defendant*

PHILLIPS, GOLDMAN & SPENCE, P.A.

*/s/ John C. Phillips, Jr. (By BGC4089)*
John C. Phillips, Jr., Esquire (#110)