UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVC, Inc.. t/a CORBETT & ASSOCIATES n/k/a CORBETT & WILCOX,<br><br>    Plaintiff,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | Civil Action No. 06-549-SLR |

### STIPULATION OF DISMISSAL

COMES NOW, the parties, by and through their undersigned counsel, who do stipulate and agree to the dismissal of the above-captioned matter with prejudice.

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
John C. Phillips, Jr., Esquire (#110)
Brian E. Farnan, Esquire (#4089)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorneys for Plaintiff

BALLARD SPAHR ANDREWS &
INGERSOLL, LLP

_____
JOHN C. GRUGAN, ESQUIRE
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215) 864-8226
Attorney for Defendant

IT IS SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Sue L. Robinson